K. Michael Fandel, OSB# 04017
Email: mfandel@grahamdunn.com
GRAHAM & DUNN PC
Pier 70- 2801 Alaskan Way
Suite 300
Seattle, WA 98121
Telephone: 206-340-9693
Fax: 206-340-9599
Attorneys for Defendant Progeny Marketing Innovations

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>DARLENE SIMMONS; BRIAN HENSCHEL, LAURI RENSHAW, and PROGENY MARKETING INNOVATIONS f/k/a BCI, a foreign corporation,<br><br>    Defendants. | 04-6204-AA<br><br>STIPULATION AND ORDER OF DISMISSAL |

Third Party Plaintiff Darlene Simmons ("Simmons") and Defendant Progeny Marketing Innovations ("Progeny") by and through their attorneys of record have settled the remaining dispute. Pursuant to Rule 41 (a)(1) and (c), Fed. R. Civ. P., the parties hereby stipulate to dismiss all remaining claims between them with prejudice and without costs to any party.

//

//

STIPULATION AND ORDER OF DISMISSAL
-- 1

m31962-754044.doc

DATED this 15 day of August, 2006.

GRAHAM & DUNN PC

By _____
K. Michael Fandel, OSB#04017
Attorneys for Defendants Progeny
Marketing Innovations

NELSON & MACNEIL, PC

By _____
James Nelson, OSB# 74230
Attorneys for Third Party Plaintiff
Darlene Simmons

This matter having come before the Court upon stipulation of the parties pursuant Fed. R. Civ. P. 41(a)(1) and (c), and the Court being fully advised in the premises, it is hereby ORDERED, ADJUDGED AND DECREED that all remaining claims between Simmons and Progeny are dismissed with prejudice and without costs to any party.

DONE IN OPEN COURT THIS 29 day of August, 2006.

_____
The Honorable Ann Aiken

STIPULATION AND ORDER OF DISMISSAL
-- 2
m31962-754044.doc